```
MINUTE ENTRY   April 8, 2005
          9:30 a.m.
```

KERRY DEETS -vs- MICRONESIA TELECOM CORPORATION, et al

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
   Gilbert Birnbrich, Law Clerk
   Sanae Shmull, Court Reporter
   Michelle C. Macaranas, Deputy Clerk
   G. Anthony Long, Attorney for Plaintiff
   John Osborn, Attorney for Defendants

PROCEEDINGS: MOTION TO DISMISS

Plaintiff was represented by Attorney G. Anthony Long.  Defendants were represented by Attorney John Osborn.

Tentative ruling of the Court is to grant the motion to dismiss.  Attorney Long argued on behalf of the Plaintiff with regards to specific jurisdiction and argued that if this Court does not have enough documentation to determine specific jurisdiction that the Court give plaintiff opportunity for discovery.  Attorney Osborn argued on behalf of the movant.  Attorney Long argued his reply.

Court, after hearing all argument, stated that the matter would be taken under advisement and that a written order would be forthcoming.

        Adjourned 9:55 a.m.
;   [TTP EOD 04/08/2005]