CARLSMITH BALL LLP
JOHN D. OSBORN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

FILED
Clerk
District Court

AUG 1 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorneys for Defendants
The Micronesian Telecommunications Corporation,
Bell Atlantic New Zealand Holdings, Inc.,
Anthony Mosley And Larry Knecht

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KERRY DEETS,<br><br>        Plaintiff,<br><br>vs.<br><br>MICRONESIAN TELECOM CORPORATION, BELL ATLANTIC NEW ZEALAND HOLDINGS, INC., VERIZON COMMUNICATIONS, INC., GTE OVERSEAS SERVICES CORPORATION, DEBBIE RYAN-BURKE, ANTHONY MOSLEY, personally and in his official capacity, AND LARRY KNECHT, personally and in his official capacity,<br><br>        Defendant. | CIVIL ACTION NO. CV 02-0050<br><br>CERTIFICATE OF SERVICE |

        I hereby certify that on August 15, 2005, I served the Defendants the Micronesian Telecommunications Corporation, Bell Atlantic New Zealand Holdings, Inc., Anthony Mosley and Larry Knecht's Third Request for Production of Documents to Plaintiff Kerry Deets; Exhibit A, on Plaintiff Kerry Deets, by delivering the original and one copy to Anthony G. Long, attorney for Plaintiff, at the following address:

4849-3970-7136.1.017690-00016

1
2    Law Office Of Anthony G. Long
     Second Floor, Lim' Building
3    San Jose, Saipan
4
5
6
7
8    DATED: Saipan, MP, August 16, 2005        _____
                                                ALFRED C. SANTOS
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4849-3970-7136.1.017690-00016            -2.-