Clerk
District Court

AUG 1 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. (670) 322-3455

Attorneys for Defendants
The Micronesian Telecommunications Corporation,
Bell Atlantic New Zealand Holdings, Inc.,
Anthony Mosley And Larry Knecht

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KERRY DEETS,<br><br>Plaintiff,<br><br>vs.<br><br>MICRONESIAN TELECOM CORPORATION, BELL ATLANTIC NEW ZEALAND HOLDINGS, INC., VERIZON COMMUNICATIONS, INC., GTE OVERSEAS SERVICES CORPORATION, DEBBIE RYAN-BURKE, ANTHONY MOSLEY, personally and in his official capacity, AND LARRY KNECHT, personally and in his official capacity,<br><br>Defendants. | CIVIL ACTION NO. CV 02-0050<br><br>**NOTICE OF SERVICE<br>OF DISCOVERY REQUESTS** |

Comes now John D. Osborn, attorney of record for Defendants The Micronesian Telecommunications Corporation, Bell Atlantic New Zealand Holdings, Inc., Anthony S. Mosley, and Larry Knecht and hereby gives notice that on August 15, 2005, I caused to be served the original and one copy of the following documents on Anthony G. Long, counsel of record for Plaintiff herein:

4848-5582-1056.1.017690-00016

1.     DEFENDANTS THE MICRONESIAN TELECOMMUNICATIONS CORPORATION, BELL ATLANTIC NEW ZEALAND HOLDINGS, INC., ANTHONY S. MOSLEY, AND LARRY KNECHT'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF KERRY DEETS; EXHIBIT A

CARLSMITH BALL LLP

DATED: Saipan, MP, August 15, 2005.      By _____
                                                                                 JOHN D. OSBORN
                                                                                Attorneys For Defendants The Micronesian Telecommunications Corporation, Bell Atlantic New Zealand Holdings, Inc., Anthony Mosley And Larry Knecht