FILED
Clerk
District Court

OCT - 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Law Office of G. Anthony Long
P. O. Box 504970,
Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Plaintiff Kerry Deets

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KERRY DEETS | ) CIVIL ACTION NO. 02-0050 |
| Plaintiff | ) |
| v. | ) STIPULATION AND ORDER |
| MICRONESIA TELECOM CORPORATION, BELL ATLANTIC NEW ZEALAND HOLDINGS, INC., VERIZON COMMUNICATIONS, INC., GTE OVERSEAS SERVICES CORPORATION, DEBBIE RYAN-BURKE, ANTHONY MOSLEY, personally and in his official capacity, LARRY KNECHT, personally and in his official capacity | ) |
| Defendants | ) |

The parties hereto stipulate and agree that a status conference will be held in this case on October 5, 2005 at 9:30 a.m.

Law Office of G. Anthony Long                    Carlsmith Ball

By: _____                             By: _____
    G. Anthony Long                                    Perry Confalcone
    Attorney for Plaintiff                             Attorney for Defendants

Page 1 of 2

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802   Fax No: (670) 235-4801

### ORDER

A status conference will be held in this case on October 5, 2005 at 9:30 a.m.

So **ORDERED** this __3RD__ day of ~~September~~ October, 2005.

Alex R. Munson
Judge, District Court

RECEIVED
OCT - 3 2005
Clerk
District Court
For The Northern Mariana Islands