F I L E D
Clerk
District Court

OCT - 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KERRY DEETS,<br><br>Plaintiff,<br><br>vs.<br><br>MICRONESIAN TELECOM CORPORATION, BELL ATLANTIC NEW ZEALAND HOLDINGS, INC., VERIZON COMMUNICATIONS, INC., GTE OVERSEAS SERVICES CORPORATION, DEBBIE RYAN-BURKE, ANTHONY MOSLEY, personally and in his official capacity, AND LARRY KNECHT, personally and in his official capacity,<br><br>Defendant. | Case No. CV-02-0050<br><br>ORDER RESCHEDULING<br>STATUS CONFERENCE |

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

Perry Confalcone
Attorney at Law
ASB Tower, 1001 Bishop Street
Suite 2200
Honolulu, HI 96809

THIS MATTER came before the Court for a Status Conference on October 5, 2005. After discussion between the Court and parties,

IT IS ORDERED THAT the Status Conference be continued to Wednesday, October 19, 2005, at 9:00 a.m.

DATED this 5th day of October, 2005.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 8/82)