FILED
Clerk
District Court

OCT 27 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Law Office of G. Anthony Long
P. O. Box 504970
Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Plaintiff Kerry Deets

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KERRY DEETS | ) CIVIL ACTION NO. 02-0050 |
| Plaintiff | ) |
| v. | ) |
| | ) STIPULATION AND ORDER FOR |
| MICRONESIA TELECOM | ) DISMISSAL WITH PREJUDICE |
| CORPORATION and BELL ATLANTIC | ) |
| NEW ZEALAND HOLDINGS, INC., | ) |
| ANTHONY MOSLEY and LARRY | ) |
| KNECHT | ) |
| Defendants | ) |

The parties hereto stipulate and agree as follows:

1. This action is dismissed with prejudice.

2. Each party shall bear its own attorneys fees and costs.

3. The court shall retain jurisdiction over this matter to enforce the settlement

agreement between the parties.

| Law Office of G. Anthony Long | Carlsmith Ball |
|---|---|
| By: _____ <br> G. Anthony Long <br> Attorney for Plaintiff | By: _____ <br> John D. Osborn <br> Attorney for Defendants |

### ORDER

IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice.

2. Each party shall bear its own attorneys fees and costs.

3. The court shall retain jurisdiction over this matter to enforce the settlement agreement between the parties.

So **ORDERED** this  27TH  day of October, 2005.

_____
Alex R. Munson
Judge, District Court

RECEIVED
OCT 27 2005
Clerk
District Court
For The Northern Mariana Islands

